1  MARWAN R. DAHER
2  mdaher@sulaimanlaw.com
   SULAIMAN LAW GROUP, LTD.
3  2500 South Highland Avenue, Suite 200
   Lombard, IL 60148
4  Telephone: (630) 575-8181
   Facsimile: (630) 575-8188
5  *Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA RYAN, | Case No. 3:19-cv-04362-JCS |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| WESTERN DENTAL SERVICES, INC., | |
| Defendant. | |

### NOTICE OF SETTLMENT

PLEASE TAKE NOTICE Cassandra Ryan ("Plaintiff"), hereby notifies the Court that the Plaintiff and Defendant, Western Dental Services, Inc. ("Defendant") have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 10th day of October 2019.

                                                    s/ *Marwan R. Daher*
                                                  Marwan R. Daher
                                                  *Admitted Pro Hac Vice*
                                                  Sulaiman Law Group, Ltd.
                                                  2500 S. Highland Avenue, Suite 200

Lombard, IL 60148
(630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ *Marwan R. Daher*
Marwan R. Daher

2