MARWAN R. DAHER
mdaher@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CASSANDRA RYAN,<br><br>           Plaintiff,<br><br>      v.<br><br>WESTERN DENTAL SERVICES, INC.,<br><br>           Defendant. | Case No. 3:19-cv-04362-JCS<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

NOW COMES Plaintiff CASSANDRA RYAN ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against WESTERN DENTAL SERVICES, INC., without prejudice, with leave to reinstate within 45 days. After 45 days, the dismissal shall become with prejudice, with each party to bear its own costs and attorney fees.

Dated: October 30, 2019　　　　　　　　　　Respectfully Submitted,

**CASSANDRA RYAN**

*/s/ Marwan R. Daher*
Marwan R. Daher
*Admitted Pro Hac Vice*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, Illinois 60148
Phone: (630) 575-8181
mdaher@sulaimanlaw.com
*Attorney for Plaintiff*